**MANDATE**

FILED

D. Conn.
02-cr-0175
Arterton, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT



At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 5th day of Nov two thousand and four,

Present:

    Hon. Richard J. Cardamone,
    Hon. José A. Cabranes,
    Hon. Sonia Sotomayor,
        *Circuit Judges.*

United States of America,

        Appellee,

v.                                                                                    03-1449-cr

Samuel Colon,

        Defendant-Appellant.

The Government moves to affirm the district court's judgment of conviction, stay the mandate pending the decision of the United States Supreme Court in *United States v. Booker*, No. 04-0104, 2004 WL 1713654 (Aug. 02, 2004) (cert. granted), and *United States v. Fanfan*, No. 04-0105, 2004 WL 1713655 (Aug. 02, 2004) (cert. granted), and/or extend the time required to respond to appellant's brief. Upon due consideration, it is ORDERED that the motions for affirmance and a stay of the mandate are granted. The motion for an extension of time is denied as moot.

The mandate in this case will be held pending the Supreme Court's decision in *Booker* and *Fanfan*. *See United States v. Mincey*, 380 F.3d 102, 105 (2d Cir. 2004) (the Supreme Court has not held that *Blakely v. Washington*, 124 S. Ct. 2531 (2004), applies to the United States Sentencing Guidelines).

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

        By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Ralph ___*
DEPUTY CLERK

—ISSUED AS MANDATE: 4-15-05—

USCA SAO-KEF