FILED

2005 APR 18 P 3: 41

U.S. DISTRICT COURT

CONN / NEW HAVEN
02-cr-175
Arterton

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 16th day of March, two thousand and five.

PRESENT:
    HON. RICHARD J. CARDAMONE
    HON. JOSÉ A. CABRANES
    HON. SONIA SOTOMAYOR
        *Circuit Judges*

------------------------------------------------x

UNITED STATES OF AMERICA,

        *Appellee*,

    -v.-                                               No. 03-1449

SAMUEL COLON,

        *Defendant-Appellant.*

------------------------------------------------x

## ORDER

In light of the Supreme Court's decision in *United States v. Booker*, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), this case is remanded to the District Court for further proceedings in conformity with *Crosby*.

The disposition in the opinion or order previously issued in this appeal is hereby made part of this order and is fully effective, except to the extent that it is inconsistent with the present remand in conformity with *Crosby*.

Any appeal taken from the District Court following this remand and resentencing, if it occurs, can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4(b).

A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

FOR THE COURT,
Roseann B. MacKechnie, Clerk of Court

By _____
Oliva M. George, Deputy Clerk

CERTIFIED: 4-15-05