**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **CASE NO. 3:02cr175 (JBA)** |
| **SAMUEL COLON** : | |

### ENDORSEMENT ORDER #45

Defendant's letter, construed as a motion to continue as appointed CJA counsel, is GRANTED. Defendant's memoranda on whether re-sentencing is required shall be filed by June 6, 2005, with any reply from the government due on or before June 20, 2005.

IT IS SO ORDERED.

\_\_\_/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: May 10, 2005