AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

### DISTRICT OF    CONNECTICUT

UNITED STATES OF AMERICA

V.    **APPEARANCE**

**SAMMY COLON**

### DOCKET NUMBER: 3:02-cr-00175(JBA)

To The Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

    MAY 10, 2005

DATED                           SIGNATURE

JAMES K. FILAN
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct015565
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY              STATE                 ZIP CODE
203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to Attorney Joseph Martini, Pepe & Hazard LLP., 30 Jelliff Lane Southport, CT 064903, and Frank J. Riccio Esq. 923 East Main Street., PO Box 491, Bridgeport, CT 06601, this 10th day of May, 2005.

JAMES K. FILAN
ASSISTANT UNITED STATES ATTORNEY