# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>-v-<br><br>SAMMY COLON,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Crim. No. 3:02CR175 (JBA)<br><br><br><br><br>May 13, 2005 |

## APPEARANCE

Please enter my appearance on behalf of the defendant, Sammy Colon.

Dated at Southport, Connecticut, this 13th day of May, 2005.

Respectfully submitted,

_____
Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
jmartini@pepehazard.com

JWM/32807/2/68429v1
05/13/05-SPT/

-2-

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, this the 13th day of May, 2005 to the following:

James K. Filan, Jr., Esq.
Assistant United States Attorney
United States Attorney's Office
915 Lafayette Boulevard, Room 309
Bridgeport, CT  06604

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                

                                                     Joseph W. Martini