UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :    CRIM. NO.  3:02CR00175 (JBA)
                            :
v.                          :
                            :
SAMUEL COLON                :    JUNE 22, 2005

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The government respectfully moves nunc pro tunc for an extension of time of fourteen (14) days, up to and including July 6, 2005, within which to file its response to the defendant's motion for re-sentencing. The reason for this request is that the undersigned has a number of matters in which responses are due around the same time and additional time is needed to prepare a response in this matter.

This is the first request to extend this deadline. The undersigned has consulted with counsel for the defendant who does not object to this request.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
FEDERAL BAR NO. ct15565

<u>CERTIFICATION</u>

    This is to certify that a copy of the foregoing was sent via

United States mail, postage prepaid, on this date, to:

Joseph W. Martini
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436

    Dated at Bridgeport, Connecticut this 22nd day of June,

2005.


                                    _____
                                    JAMES K. FILAN, JR.
                                    ASSISTANT UNITED STATES ATTORNEY

2