**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02cr175 (JBA) |
| **SAMUEL COLON** | : |

### ENDORSEMENT ORDER #50

        Government's motion for extension of time of (14) days to July 6, 2005, to respond to motion for re-sentencing is GRANTED. Government's response shall be filed on or before July 6, 2005.

                                  IT IS SO ORDERED.

                                  _____/s/_____
                                  Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June 28, 2005