UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

-------------------------------------------------x

UNITED STATES OF AMERICA,          :

                    Plaintiff,            :

                                          :     2006 MAY -5 A 9: 45

                                          :     U.S. DISTRICT COURT
                                          :
                                          :     Crim. No.: 3:02 CR – 175 (JBA)

v.                                        :     Hon. Janet Bond Arterton,
                                          :     U.S.D.J.
SAMUEL COLON,                             :

                                          :
                    Defendant.            :     May 3, 2006

-------------------------------------------------x

## NOTICE OF APPEAL

Notice is hereby given that Samuel Colon, the defendant in the above-captioned case,

hereby appeals to the United States Court of Appeals for the Second Circuit from the Ruling on

Defendant's Request for Resentencing entered in this action on April 25, 2006.

A transcript is not being ordered. The Ruling appealed from was issued without a

hearing.

                              Respectfully submitted,


                    By:_____
                              Joseph W. Martini (ct 07225)
                              Pepe & Hazard LLP
                              30 Jelliff Lane
                              Southport, CT  06890
                              (203) 319-4002
                              (203) 259-0251 fax
                              jmartini@pepehazard.com


JWM/32807/3/76993v1
05/03/06-SPT/

## CERTIFICATION

I hereby certify that on this 3rd day of May, 2006, the foregoing Notice of Appeal was

sent by Federal Express to the Office of the Clerk, United States District Court for the District

of Connecticut, and mailed postage prepaid to counsel as follows:

James K. Filan, Jr., Esq.
Assistant United States Attorney
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT  06604

Joseph W. Martini

JWM/32807/3/76993v1
05/03/06-SPT/