UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :   3:02-CR-00175-JBA
v.                                    :
                                      :
SAMUEL COLON                          :   JUNE 29, 2006
                                      :
---------------------------------------------x

## INDEX TO RECORD ON APPEAL

| DATE FILED | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|
| 07/14/03 | JUDGMENT | 36 |
| 07/18/03 | NOTICE OF APPEAL | 39 |
| 12/16/03 | TRANSCRIPT OF HEARING | 42 |
| 04/18/05 | MANDATE OF USCA | 43 |
| 04/18/05 | ORDER OF USCA | 44 |
| 06/06/05 | MEMORANDUM IN SUPPORT OF COURT RESENTENCE UNDER CROBSY | 49 |
| 07/12/05 | RESPONSE BY USA | 52 |
| 04/25/06 | RULING ON DEFENDANT'S REQUEST TO BE RESENTENCED | 53 |
| 05/05/06 | NOTICE OF APPEAL | 55 |

JWM/32807/3/78181v1
06/29/06-SPT/

Respectfully Submitted,

_____
Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
jmartini@pepehazard.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed by first class, postage prepaid, this 29th day of June, 2006 to the following counsel of record:

James K. Filan, Jr., Esq.
Assistant United States Attorney
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Joseph W. Martini

JWM/32807/3/78181v1
06/29/06-SPT/