Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Joseph W. Martini
203.498.4310
203.782.2889 fax
jmartini@wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

February 8, 2008

The Honorable Janet Bond Arterton
United States District Judge
United States District Court
141 Church Street
New Haven, CT 06510

RE: *United States v. Samuel Colon*, Crim. No. 302CR175 (JBA)

Dear Judge Arterton:

On or about May 12, 2004, I was appointed by the Second Circuit to represent Mr. Samuel Colon in connection with his appeal from the sentence imposed by your Honor on July 9, 2003. My appointment was made pursuant to the Criminal Justice Act ("CJA").

Following that appointment, which resulted in a *Crosby*-remand to this Court, your Honor extended my CJA appointment per an Endorsement Order dated May 10, 2005 for purposes of representing Mr. Colon on his *Crosby*-remand. In ruling on that *Crosby*-remand, this Court concluded that it would not impose a different sentence were it to resentence Mr. Colon under an advisory guideline system, and therefore declined to resentence Mr. Colon. *United States v. Samuel Colon*, 429 F. Supp. 2d 473 (D. Conn. 2006) *affirmed United States v. Colon*, No. 06-2313 (Summary Order) (2d Cir. Nov. 14, 2007). Mr. Colon, therefore, remains incarcerated under the terms of his original sentence.

Recently, the United States Sentencing Commission promulgated retroactive amendments to the sentencing guidelines, reducing the base level offense for those convicted of crack. *United States v. Polanco*, No. 02 Cr. 442-02 (GEL), 2008 WL 144825, at *1-3 (S.D.N.Y. Jan. 15, 2008). Those amendments may implicate Mr. Colon.

*New Haven   Stamford   New York   Hartford   Philadelphia*

February 8, 2008
Page 2

**WIGGIN AND DANA**

*Counsellors at Law*

Based on the foregoing, the undersigned respectfully requests that this Court renew my CJA appointment so that I may evaluate whether Mr. Colon may avail himself of the retroactive crack amendments, and seek relief in this Court pursuant to 18 U.S.C. §3582(c)(2).

Respectfully submitted,

Joseph W. Martini

cc:   Peter Jongbloed, Esq.
      Assistant United States Attorney

\88888888\280\693632.1