UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **v.** | : Case No. 02cr175 (JBA) |
| | : |
| **SAMUEL COLON** | : |

SCHEDULING ORDER

The following schedule is Ordered in response to the defendant's motion for reduction of sentence pursuant to Title 18 U.S.C. §§3582 (c)(2);

(1) The government's response to the motion for reduction of sentence having been filed on May 9, 2008 and

(2) Defendant's reply shall be filed by May 13, 2008;

(3) A telephonic conference shall be held on May 14, 2008 at 2:00 p.m. The government shall initiate the call to chambers at 203-773-2456.

IT IS SO ORDERED.

/s/
JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut: May 2, 2008.**