TOTAL TIME: ___ hours ___ minutes

DEPUTY CLERK **P. Villano**  HONORABLE **J.B. Arterton**
USPO **Lopez**  RPTR/ERO/TAPE **Martini**  INTERPRETER ___

DATE **5/14/08**  START TIME **2:05p**  END TIME **3:19**

## CRIMINAL COURTROOM MINUTES (check all boxes that apply):

- [ ] IA-INITIAL APPEARANCE
- [ ] IA-REVOCATION
- [ ] IA-RULE 40
- [ ] ARRAIGNMENT
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] PROBABLE CAUSE HRG
- [ ] CONFLICT HEARING
- [ ] CHANGE OF PLEA HRG
- [ ] WAIVER/PLEA HEARING
- [ ] EXTRADITION HEARING
- [ ] EVIDENTIARY HEARING
- [ ] IN CAMERA HEARING
- [ ] COMPETENCY HEARING
- [ ] FORFEITURE HRG
- [x] MISCELLANEOUS HRG
- [ ] STATUS CONFERENCE

CR # **02cr175(JBA)** DEFT # ___

UNITED STATES OF AMERICA
vs
**Samuel Colon**

**Michael McGarry**, AUSA
**Matthew Brown**
**Joseph Martini**
Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

- Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [ ] Arrest date (CT case): ___ ; or [ ] Rule 40 arrest. ___ Dist of ___
- CJA 23 Financial Affidavit filed [ ] under seal
- Order appointing Federal Public Defender's Office filed
- Court appoints Atty. ___ to represent deft for [ ] this proceeding only [ ] all proceedings
- Appearance of ___ filed
- [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ___ filed
- [ ] Information/Misdeameanor filed [ ] Sealed Information filed
- [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- Plea Agreement Letter filed [ ] Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
- Counts ___ of the ___ (indictment, superseding indictment, information, etc.)
- Plea of [ ] not guilty [ ] guilty [ ] nolo contendere
- Petition to Enter Guilty Plea filed
- Deft motions due ___ ; Govt. responses due ___
- Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- Hearing on Pending Motions scheduled for ___ at ___
- Jury Selection set for ___ at ___
- Remaining count(s) to be dismissed at sentencing
- Sentencing set for ___ at ___
- Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Order of Detention filed
- Deft ordered removed/committed to originating/another District of ___
- No bond set at this time. Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- Waiver of Rule 40 Hearing filed
- Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- Bond [ ] set at $ ___ [ ] reduced to $ ___ [ ] Non-surety [ ] Surety [ ] PR
- Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- Defendant detained
- Hearing [ ] waived [ ] set for ___ [ ] continued until ___
- Set Attorney Flag

[ ] SEE reverse for [ ] conditions of bond [ ] additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut or extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ .....
_____
_____
_____
_____

## ADDITIONAL PROCEEDINGS

☐ Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☑ ..... #63 Govt's motion to Seal ☑ granted **in part as to Exh L.** ☐ denied ☐ advisement
☑ ..... #64 Govt's motion Sealed for Retroactive ☑ granted* ☐ denied ☐ advisement
*but no retroactive due to Public Safety
☐ filed ☐ granted ☐ denied ☐ advisement
☐ filed ☐ granted ☐ denied ☐ advisement
☐ filed ☐ granted ☐ denied ☐ advisement
☐ filed ☐ granted ☐ denied ☐ advisement