# UNITED STATES DISTRICT COURT
for the

District of CONNECTICUT

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| SAMUEL COLON ) | Case No: 3:02CR175 JBA |
| ) | USM No: 14706-014 |
| Date of Previous Judgment: JULY 9, 2003 ) | JOSEPH MARTINI |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X   the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   121   months **is reduced to**   100   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   29                Amended Offense Level:   27
Criminal History Category:   IV             Criminal History Category:   IV
Previous Guideline Range:   121   to  151  months    Amended Guideline Range:   100   to  125  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   7/9/03   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   MAY 14, 2008                             /s/
                                                  Judge's signature

Effective Date: MAY 30, 2008            JANET BOND ARTERTON, U.S. DISTRICT JUDGE
      (if different from order date)                 Printed name and title